**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-7200**

———————————

RICHARD ROY YOST,

Petitioner - Appellant,

versus

P. L. HUFFMAN, Warden; JOHN B. METZGER, III,
Chairman, Virginia Parole Board; VIRGINIA
PAROLE BOARD,

Respondents - Appellees.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-95-869-R)

———————————

Submitted:  May 1, 1997            Decided:  May 7, 1997

———————————

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Richard Roy Yost, Appellant Pro Se.  Mary Elizabeth Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for reconsideration of the denial of his 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>Yost v. Huffman</u>, No. CA-95-869-R (W.D. Va. July 2, 1996). We deny Yost's motions for stay of the district court order pending appeal and for a certificate of probable cause to appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2